**Motion Granted; Order filed February 11, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00352-CR
_____

**ELIC MILTON LYMAN, SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 83696-CR**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has filed a motion to delay filing his pro se response until after he has had the opportunity to review the record. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 239th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **February 21, 2020;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.